[No. 50443-6-I.   Division One.   January 27, 2003.]

ROLAND KREIBICH, *Respondent*, v. DICK WALLACE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-09203-1, Dean Scott Lum, J., entered November 9, 2001. *Reversed* by unpublished per curiam opinion.

[No. 20062-1-III.   Division Three.   January 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE E. BARTON, *Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 00-1-00030-3, William D. Acey, J., entered March 22, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 20553-3-III.   Division Three.   January 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LUNA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-1-00181-0, Kenneth L. Jorgensen, J., entered August 14, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kurtz, JJ.

[No. 20724-2-III.   Division Three.   January 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN G. HOCKING, *Petitioner*.

Appeal from a judgment of the Superior Court for Chelan County, No. 00-1-00541-6, Ted W. Small, J., entered November 19, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.